IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CR. NO. H-02-379 |
| | § | (CA NO. H-05-1284) |
| JESUS REGALADO VASQUEZ | § | |

ORDER TO RESPOND

The Defendant has moved under 28 U.S.C. § 2255 to vacate his/~~her~~ sentence. The United States must answer the motion by July 22, 2005.

The Clerk shall notify all parties and provide them with a true copy of this Order.

SIGNED at Houston, Texas, on this 22nd day of April, 2005.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE